[Nos. 14796–0–I; 17056–2–I; 15735–3–I.  Division One.  July 7, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
HARRISON JOHNSON III, *Appellant.*

*In the Matter of the Personal Restraint of*
WILLIAM HARRISON JOHNSON III,
*Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–02020–1, Robert E. Dixon, J., entered
May 14, 1984, together with petitions for relief from per-
sonal restraint. Judgment *affirmed* and petitions *dismissed*
by unpublished opinion per Johnsen, J. Pro Tem., con-
curred in by Scholfield, C.J., and Swanson, J.

[No. 16709–0–I.  Division One.  July 7, 1986.]

DAVID HANSEN, *Respondent,* v. THE CITY
OF SEATTLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–2–08926–3, Peter K. Steere, J., entered
June 27, 1985. *Reversed* by unpublished opinion per Web-
ster, J., concurred in by Swanson, J., and Johnsen, J. Pro
Tem. Now published at 45 Wn. App. 214.

[No. 14383–2–I.  Division One.  July 7, 1986.]

AMERICAN DISCOUNT CORPORATION, *Respondent,* v. R & L
ENTERPRISES, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–12605–1, Rosselle Pekelis, J., entered
January 30, 1984. *Affirmed* by unpublished opinion per
Utter, J. Pro Tem., concurred in by Cole and Schumacher,
JJ. Pro Tem.